VANCE *v.* RICHMOND COUNTY.

GRICE, Justice. This case is in all respects controlled by the decision in *Adams* v. *Richmond County,* ante,

*Judgment affirmed. All the Justices concur.*

No. 13870. OCTOBER 16, 1941.

*W. D. Lanier,* for plaintiff in error.
*Isaac S. Peebles Jr.,* contra.